## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 07-184** |
| **DANNY M. DAUGHERTY** | **SECTION: "K"(1)** |

## ORDER

Considering the Defendant's Motion to Suppress (Rec. Doc. 26), and considering the evidence adduced during an evidentiary hearing held by this Court and the oral argument by the parties on January 9, 2008, accordingly,

**IT IS ORDERED** that the Defendant's Motion to Suppress is **DENIED** for the reasons announced by the Court during its oral ruling from the bench on January 9, 2008.

New Orleans, Louisiana this ___9th___ day of January, 2008.

```
                    _____
                         STANWOOD R. DUVAL, JR.
                       UNITED STATES DISTRICT JUDGE
```