UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 07-184 |
| v. | * | SECTION: "K" |
| **DANNY M. DAUGHERTY** | * | |

\* \* \*

**O R D E R**

Considering the foregoing

**IT IS HEREBY ORDERED** that the defendant be given a three level decrease in his sentencing guidelines for acceptance of responsibility.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE